FILED
JUN 2 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON T. THOMPSON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR0503-GT |
| Plaintiff, | ) | |
| v. | ) | |
| JUAN MANUEL CASTRO-CELIO, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 15) requesting the continuance of the motions hearing currently set for June 29, 2007, and continued to July 30, 2007, at 9:00 a.m., be **GRANTED.**

**SO ORDERED.**

Dated: June 27 2007

_____
HONORABLE GORDON L. THOMPSON
United States District Court Judge